# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RED LION HOTELS FRANCHISING, INC., *Plaintiff* <br> v. <br> GHAZANFAR KHAN, et al., *Defendant* | ) ) ) ) ) <br> Civil Action No. 2:17-CV-0094-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the stipulation and agreement of the parties, Judgment of Dismissal is entered, the Court retaining jurisdiction for purposes of construction, modification and enforcement of the Final Order (ECF No. 106).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE upon the stipulation and agreement of the parties.

Date: May 9, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/Bridgette Fortenberry
*(By) Deputy Clerk*

Bridgette Fortenberry